1026

[No. 22668-9-III.   Division Three.   January 25, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD R. BEIROUTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01370-1, Neal Q. Rielly, J., entered December 5, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22460-1-III.   Division Three.   January 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL JOHN SCHUBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 02-1-00051-0, Larry M. Kristianson, J., entered September 11, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 48449-4-I.   Division One.   January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JESS RICHARD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05900-7, LeRoy McCullough, J., entered April 23, 2001. *Remanded* by unpublished per curiam opinion.

[No. 50588-2-I.   Division One.   January 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ADRIAN SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-11382-6, Carol A. Schapira, J., entered June 10, 2002. *Reversed* by unpublished per curiam opinion.